UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THE HANOVER INSURANCE
COMPANY,

    Plaintiff,

v.                           Case No: 2:19-cv-835-JES-NPM

J&S PROMOTIONS, LLC, JAMES
F. SMITH, and STANNY R.
PARK,

    Defendants.

_____

**NOTICE TO COUNSEL**

    This matter will come before the Court on May 12, 2021 for oral argument on plaintiff's Motion for Final Summary Judgment. The Eleventh Circuit has recently decided <u>Travelers Prop. Cas. Co. of Am. v. Ocean Reef Charters LLC</u>, 19-13690, 2021 WL 1807422, at *1 (11th Cir. May 6, 2021), which reversed a district court decision upon which plaintiff had heavily relied. The parties should be prepared to discuss the effect of this decision on the motion and case.

    **It is so ORDERED.**

    **DONE and ORDERED** at Fort Myers, Florida, this __10th__ day of May, 2021.

                                                 _____
                                               JOHN E. STEELE
                                             SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record