UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THE HANOVER INSURANCE
COMPANY,

    Plaintiff,

v.                      Case No: 2:19-cv-835-JES-NPM

J&S PROMOTIONS, LLC, JAMES
F. SMITH, and STANNY R.
PARK,

    Defendants.

## NOTICE TO COUNSEL

At the May 12, 2021 oral argument on plaintiff's Motion for Final Summary Judgment, the issue of the applicability of Massachusetts law was raised as to the present matter. The parties may file supplemental memorandum related to this issue on or before Monday, May 17, 2021, by 12:00 p.m.

**It is so ORDERED.**

**DONE and ORDERED** at Fort Myers, Florida, this __13th__ day of May, 2021.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record